CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
September 26, 2025
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **EUGENE ROSS COUSINS,**<br>Plaintiff, | Civil Action No. 7:25-cv-00578 |
| v. | **OPINION** |
| **COL. ERIC YOUNG, et al.,**<br>Defendant(s). | By:  James P. Jones<br>Senior United States District Judge |

Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983 . Plaintiff did not prepay the filing costs or submit the information required to proceed in forma pauperis under 28 U.S.C. § 1915(b) in this court to pay the filing fee through installments from plaintiff's trust account. By order entered August 20, 2025 , the court directed plaintiff to pay the full filing costs of $405.00 or to submit an application to proceed in forma pauperis within 28 days from the date of the order.  Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 28 days have elapsed, and plaintiff has failed to comply with the described conditions and has not qualified to proceed in forma pauperis under § 1915(b).  Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court.  Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTERED: September 26, 2025.

/s/ James P. Jones
Senior United States District Judge